Case 0:10-cv-61147-FAM · Document 1 Entered on FLSD Docket 07/06/2010 Page 1 of 18

FILED by ICY D.C.
ELECTRONIC

July 6, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI



PETITION FOR DECLATORY JUDGMENT IN RECORD

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

EDDIE ALEXANDER BANKS
   Claimant

V.

STATE OF FLORIDA
   Respondent

Case No.

**10-61147-CV-Moreno/Torres**

<u>FILE ON DEMAND</u>

*Equality under the law is paramount and mandatory by law.*

Eddie-Alexander: Banks a real party and interest petitions regardless of deemed and artfully plead must be held to a less stringent standard then formal pleading drafted by bar admitted attorneys and can only be dismissed for failure to state a claim if it appear without a doubt that Eddie-Alexander: Banks can prove no set of facts in support of his claim which would entitle him to relief.

Eddie-Alexander: Banks factual allegations in text must be accepted as true along with any reasonable inferences that may be draw there from.

Eddie-Alexander: Banks must not be read to narrowly must instead be read literally so that any inference may be drawn there from.

**JURISDICTION:**

Declaratory Judgments are provided for by federal and state law (Also see Uniform Declaratory Judgment Act). Declaratory Judgments permit parties to a controversy to determine rights, duties, obligations, or status. The operation of the Declaratory Judgments Act is procedural. Only relief under the Act is available only in the requisites

of Jurisdiction in the since of a federal right or diversity provide foundation to resort to state or federal courts.

The Declaratory Judgments Act allows relief to be given by the way if recognizing the Claimants' rights even though no immediate enforcement of it was asked. The requirements of Jurisdiction (**diversity jurisdiction** is a form of subject-matter jurisdiction in civil procedure in which a United States district court (the trial courts of general jurisdiction in the federal judiciary) has to hear a civil case because the persons that are parties are "diverse" in citizenship, which generally indicates that they are citizens of different states or non-U.S. citizens. (Corporations, as legal persons, may also be included.) The limited subject-matter which alone Congress has authorized the power to permit federal courts to hear diversity cases through legislation authorizing such jurisdiction.

## CASE FOR CONTROVERSY

United States Constitution Art III, Sec. 2, limits the exercise of the judicial power to case and controversies the Declaratory Judgment Act in its limitation to cases of actual controversy refers to the constitutional provision and its operative only in respect to controversies which are such in the Constitutional sense a justifiable controversy is thus distinguished from the difference or dispute of a hypothetical or abstract characters from one that is academic or mote. The controversy must be definite and concrete touching the legal relations of parties having adverse legal interest. There must be a real and substantial controversy admitting of specific relief through decree of a conclusive character as distinguished from an opinion devising what law will be upon a hypothetical state of events.

When you see "Without Prejudice" UCC 1-308[1-207] in connection with any signature, it is saying:

> "I reserve my right not to be compelled to perform under any contract, commercial agreement or bankruptcy that I did not enter knowingly, voluntarily, and intentionally. And furthermore, I do not and will not accept the liability of the compelled "benefit privilege" of any unrevealed contract or commercial agreement or bankruptcy.

The Code is complimentary to the Common Law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the Common Law, unless there is a clear legislative intent to abrogate the Common Law. With -The Sufficiency of the Reservation- The court must produce the injured person who has filed a verified complaint.

## AFFIANT PLEADING

I, man Eddie-Alexander :Banks being a natural born Divine creation, here in Affiant, appearing by special visitation, do state that I am over 21 age of majority, complete in my faculties, and competent with firsthand knowledge and:

1. THAT Affiant has been d.b.a. EDDIE ALEXANDER BANKS within the venue and jurisdiction of this court. The STATE OF FLORIDA divers from Eddie-Alexander: Banks and foreign to the U.S. vessel EDDIE ALEXANDER BANKS also does business within the Jurisdiction and venue of this court. Jurisdiction is GRANTED.

2. THAT Affiant hereby indemnifies this court and the presiding judge by the bond of EDDIE ALEXANDER BANKS (see attached Birth Certificate) and Private Bond. Affiant has a right to petition for Declaratory Judgment on this matter and the judgment on this petition will not harm the public.

3. THAT Affiant is not in position of any evidence that the Apostilled; Act of State, Reaffirmation of Dual Citizenship And Renunciation of Attempted Expatriation Sealed by the STATE OF MARYLAND, Office of the Secretary of State, is fully enforceable and non-contestable by Respondent or any other corporation or legal fiction claiming equitable interest in Eddie-Alexander: Banks, d.b.a. EDDIE ALEXANDER BANKS.

4. THAT Affiant has a Declaration in the form for a COMMERCIAL AFFIDAVIT OF TRUTH COPYRIGHT, COPYCLAIM AND TRADE MARK recorded with the Denton County Recorder, the state of Texas for the legal fiction EDDIE ALEXANDER BANKS.

5. THAT Affiant has POWER OF ATTORNEY IN FACT for the legal fiction EDDIE ALEXANDER BANKS recorded with the Denton County Recorder, the State of Texas.

6. THAT Eddie-Alexander: Banks waives the Benefit Privilege.

7. THAT "EDDIE ALEXANDER BANKS" is defined in law as stramineus homo or straw man; A man of straw, one of no substance, put forward as bail or surety; A "front"; a third party who is put up in name only to take part in a transaction, or to accomplish some purpose otherwise not allowable.

## FACTS

8. THAT Eddie-Alexander: Banks is a man.

9. THAT Eddie-Alexander: Banks has a proprietary right to EDDIE ALEXANDER BANKS.

10. THAT Affiant has made sufficient and timely reservation of rights under the code prior to and with regard to this matter.

11. THAT the respondent does not come forth with a "damaged party."

12. THAT Eddie-Alexander: Banks is the only real party in interest acting as sole contributing beneficiary who has put any value into EDDIE ALEXANDER BANKS.

13. THAT Eddie-Alexander: Banks is the only legitimate claimant of equity attached to EDDIE ALEXANDER BANKS (see attached UCC-1).

14. THAT Eddie-Alexander: Banks is entitled to any and all entre pleaded funds related to EDDIE ALEXANDER BANKS.

Therefore Affiant denies that the respondent has any right to EDDIE ALEXANDER BANKS and there is not any evidence that Respondent has any preparatory rights to EDDIE ALEXANDER BANKS and Affiant believes there is not any evidence the Respondents has any preparatory right to Eddie-Alexander: Banks and Affiant pleads not any exist and Affiant denies the respondent has put any value into EDDIE ALEXANDER BANKS.

## CAVEAT NOTICE

Notwithstanding any assumed contract implied, constructive, invisible, adhesion, signed or unsigned the Respondent is in breach of any such alleged contract for failure of consideration.

## CONCLUSION

Therefore this court aught on its own motion to rule that Eddie-Alexander: Banks is the only party that has put any value into EDDIE ALEXANDER BANKS and Eddie-Alexander: Banks is entitled to any equity attached to EDDIE ALEXANDER BANKS and Eddie-Alexander: Banks is entitled to any entre pleaded funds and Respondent is barred from any collection of any alleged debt from Eddie-Alexander: Banks related to EDDIE ALEXANDER BANKS the Respondent having no claim in fact.

## OATH

I Eddie-Alexander: Banks on my own unlimited commercial liability do say I have established and read the above; petition be no contest hereby declare to the best of my knowledge that the forgoing statements and fact expressed herein are true, correct, and not misleading to be the truth the whole truth and nothing but the truth so help me God.

It is hereby sealed by the auto-graph of this man on this __6__ day of __July__ year of our Lord 2010.

R. Thumb

/SS/ By: _Eddie Alexander Banks_
Autographed Without Prejudice

All rights reserved at all times.

**NOTARY CERTIFICATION**

_____
Notary Signature

Commission expires:

Page 5 of 6

BERNICE MARK
MY COMMISSION # DD960949
EXPIRES April 10, 2014
(407) 398-0153   FloridaNotaryService.com   Copy-claim

Therefore the petitioner request a Judicial Review of the Apostilled; Act of State, Reaffirmation of Dual Citizenship And Renunciation of Attempted Expatriation Sealed by the STATE OF MARYLAND, Office of the Secretary of State and request Eddie-Alexander :Banks is declared for the record to be the only party who has contribute positive energy and put any value into EDDIE ALEXANDER BANKS and Eddie-Alexander: Banks being separate, not one in the same with EDDIE ALEXANDER BANKS is declared for the record to be the only party entitled to any equity attached to EDDIE ALEXANDER BANKS and Eddie-Alexander :Banks declares for the record is entitled to any entre pleaded founds related to EDDIE ALEXANDER BANKS and for the record the Respondent is declared for the record to barred from any collection of any alleged debt from Eddie-Alexander: Banks related to EDDIE ALEXANDER BANKS the Respondent having no claim and fact.

*Eddie-Alexander :Banks* (signature)

## CERTIFICATION OF VITAL RECORD

### GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF HEALTH
### CERTIFICATE OF LIVE BIRTH

Birth No. 108- 003266

| Date Filed | | |
|---|---|---|
| 1. CHILD — NAME (First, Middle, Last) Eddie Alexander Banks | 2a. Date of Birth (Month-Day-Year) March | 2b. Time 4:03 P.M. |
| 3. Sex | 4a. This Birth (Single, Twin, Triplet, etc.) (Specify) Single | 4b. If Single, Twin Born first, second, third, etc. (Specify) | 5a. Place of Birth Washington, D.C. |
| 5. Hospital Name (If not in hospital, give street and number) Morris Cafritz Memorial Hosp | 5b. Are now living 1 | 5c. Were born alive but now dead 0 | 6d. Were fetally dead (20 weeks or more pregnancy) 0 |
| 6. MOTHER — MAIDEN NAME (First, Middle, Last) Eddie Lee Alexander | 6e. Age (At time of this birth) 22 | 6f. State of Birth, If not USA, Name Country W.Va. |
| 7a. Residence State D.C. | 7b. County | 7c. City, Town, or Location Washington | 7d. Street and Number 4th St., SE | 7e. Is Residence Inside City Limits? Yes ☒ No ☐ |
| 8. FATHER — NAME (First, Middle, Last) Luie Daniel Banks | 8b. Age (At time of this birth) 27 | 8c. State of Birth, If not USA, Name Country Va. |
| 9a. INFORMANT (Full Name or Signature) Mrs. Luie D. Banks | 9b. Relationship to Child mother |
| 10a. I certify that the above child was born alive at the place and time stated above: Signature Raymond Cutts Typed or Printed Name Raymond Cutts, MD | 10b. Date Signed 3-5-73 | 10c. Attendant ☒ Private M.D. ☐ Resident Staff M.D. ☐ R.N. Midwife Other, Specify: |
| | 10d. Mailing Address (Street or R.F.D. No., City or Town, State, Zip) 715 Kenyon St., NW Washington, DC | |

**MOTHER'S MAILING ADDRESS**

| 11a. Name | Mrs. Luie D. Banks |
| 11b. Street Address | 4219-4th St., SE |
| 11c. City | Washington, DC | State | Zip 20032 |

DC367309  This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Vital Records Division, Department of Health, District of Columbia.

DATE ISSUED
JUNE 4, 2004

*Carl W. Wilson*
Carl W. Wilson, Registrar

WARNING: IT IS UNLAWFUL TO MAKE COPIES OF THIS DOCUMENT AND PRESENT THEM AS AN OFFICIAL COPY OF AN ORIGINAL CERTIFICATE



AUG-30-05 05:09PM FROM-DAVID D MARTIN COMPANIES 3018641168 T-054 P.03 F-874

20050754247

Aug 31 2005 09:47AM

MD SECRETARY OF STATE

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Eddie-Alexander :Banks
c/o P. O. Box 5481
[20712] Hyattsville
Maryland

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| BANKS | EDDIE | ALEXANDER | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4306 28TH PLACE | HYATTSVILLE | MD | 20782 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Banks | Eddie | Alexander | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P. O. Box 5481 | Hyattsville | Md. | [20712] | uSA |

4. This FINANCING STATEMENT covers the following collateral:

PRODUCTS of collateral are also covered

ALL PROCEEDS, products, accounts, and fixtures, and the Order therefrom, are released to the Debtor.
- Birth Certificate #108-73-00366 / #DC367306
- Treasury Direct Account #RR301064028-219949382
- Employee Identification #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
- Marriage Certificate #185421

IN REFERENCE TO the entry of the Debtor in the commercial Registry and the collateral listed above, all property is accepted for value and is exempt from levy.

THIS FILING is in accord with Public Policy HJR-192 and UCC10-104.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

Secured Party: *Eddie Alexander :Banks*

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)



# The State of Maryland

Office of the Secretary of State

## Apostille

*(Convention de La Haye du 5 Octobre 1961)*

1. Country: United States of America
   This public document
2. has been signed by **Rosalyn E. Pugh**
3. acting in the capacity of **Clerk of the Circuit Court for Prince George's County**
4. bears the seal/stamp of the **Circuit Court for Prince George's County**

**Certified**

5. at Annapolis, Maryland
6. the **22nd day of November, 2004**
7. by The Secretary of State of Maryland
8. Seal



9. Signature

R. Karl Aumann

*Secretary of State*

No. 140773

Archetype

Form: publici juris/Affidavit
Session: one supreme Court

## Act of State
## Primary Signature Certification
### (Convention de La Haye de 5 octobre 1961)
### TIAS 10072. 33 UST 883. 527 UNTS 189. (Convention #12)

I, __Victoria Banks__, a duly certified and qualified Notary, do hereby certify the document enclosed to be a true, correct, complete, and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature certification only, for foreign (i.e. United States of America) of the U.S. originate document. This is pursuant to the Hague Conference on Private International Law dated 5 October 1961, at the convention abolishing the Requirement of Legalization for Foreign Public Documents. It was on 15 October 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

The State of Maryland           ]   Acknowledged before me __22nd__ of __November__ 2004
The County of Prince Georges    ]



_____          _____
     Sentient Citizen                       Notary



National Flag of
the clan of
Banks
Internationally
recorded and
recognized
2004



VICTORIA BANKS
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
STATE OF MARYLAND
COMM. EXP. 7-31-07



Apostille Number: __140773__

Reaffirmation of Dual Citizenship and Renunciation of Attempted Expatriation/Act of State

**STATE OF MARYLAND, Prince George's County, Sct.**

I, Rosalyn E. Pugh, Clerk of the Circuit Court for Prince George's County Maryland, a court of record, do hereby certify that **Victoria Banks** was a commissioned/appointed and qualified **Notary Public/Prince George's** commencing on the **15th** day of **August** , **2003** .

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the Court this **22nd** day of **November**

Defendant's Instruction D

Archetype

Form: publici juris/Affidavit
Session: one supreme Court

## Act of State
## Reaffirmation of Dual Citizenship And
## Renunciation of Attempted Expatriation



    I, Eddie Alexander Banks™©® by international Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Civilian, Absolute Sovereign Citizen within the constitution Public survey boundaries of The State of Maryland, a Republic, of a constitutional Township, within the body of a constitutional county, the proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation of Dual Citizenship, pursuant to my absolute freedom of religion, of a Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Christ; and an American Sovereign Citizen-Principal in good Standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect Union") under the Constitution for the United States of America (1791 to Date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto/Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Factitious "U.S."; "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et, al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF <u>MARYLAND</u>, COUNTY OF <u>PRINCE GEORGES</u> CITY OF <u>HYATTSVILLE, EDDIE ALEXANDER BANKS</u>, P.O. Box 5481[20782] NON-DOMESTIC (Zip Code Exempt DMM 122.32), Employee Identification Number, SSN XXX-XX-9382 etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc. whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil judicial proceedings. For the peace and safety of all corporate officers, etc., as well myself I have identified all my guaranteed, absolute properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record No 1000361990128369, 7002 2030 0004 3395 1810 and Apostle No.14773 as has been recognized, received, recorded, and issued by the De facto/Renegade/Corporate government. As this Number is the International registration, National authentication, and State certification of any Public Document of the United States of America, my Nations, and of my Citizenships, as well as identification of all guaranteed, absolute properties, whether private or public, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc., will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money (United States Dollars silver/"Backed"), that being enumerated in Article 1, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to Date), to be multiplied by not only the damaging party(s), but all those in concert and causes of action.

    This Declaration is made absolute by the enclosed Apostille (The State of Maryland) copy, and pursuant to 15 Stat. ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppels (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Devine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at anytime applied and/or attached to Me, pursuant to Congressional demand within 15 Stat. ch. 249, Dates: Spiritual; "In the Beginning" plus Six Days: Announcement of Diplomatic Arrival: 1 March 1973

_Eddie Alexander Banks_ _____  ™®© (Common-Law):

Me; American Citizen/Citizen of <u>Maryland</u>: Christian, Private, Sentient, Civilian Absolute Sovereign, Citizen'
United States of America: The State of <u>Maryland</u>, a republic.
"Within" a constitutional county and a constitutional township republics;

"...at the mouths of two, or at the mouths of three the matter is established"
Deuteronomy 19:15

_Victoria N. Banks_ _____         _James R. _____ _____
Divine, Sentient, and Common Law Witness              Divine, Sentient, and Common Law Witness



Case No# 7603 3110 0005 1233 7710

REC'D PR. WM. CO.
GEN. DIST. COURT

2004 NOV 24  AM 9:32

**Declaration in the form for a**
**COMMERCIAL AFFIDAVIT OF TRUTH**
**COPYRIGHT, COPY-CLAIM AND TRADEMARK**

FILE FOR RECORD
Return to:
Non-Domestic
c/o 4036-1 28-1 Place
Mount Rainier, Maryland
Zip code exempt
DMM 122.32
:Eddie-Alexander:Banks

**This Declaration is made without prejudice:**

Re: The legal fiction(s) known as **EDDIE ALEXANDER BANKS**, any/all derivatives thereof

I/Me/Myself/Us/We/Ourselves, Eddie-Alexander:Banks the undersigned affiant, a living man upon the land of Maryland born in the District of Columbia., March 1, 1973 (3-1-73) declare that I am of majority and competent to state the matters set forth herein with first-hand knowledge of the facts and that they are true, correct, not misleading, and certain, admissible as evidence.

1. This plain statement of Fact being a matter that must be expressed to be resolved. In Commerce truth is sovereign. Truth is best expressed in law in the form of an affidavit. An uncontroverted affidavit stands as truth in commerce and becomes the judgment, can only be challenged by a rebuttal affidavit item for item signed under penalty of perjury, and can only be satisfied by payment, agreement, resolution, or by a trial by jury according to the common law of Maryland, Virginia or the District of Columbia.

2. I/Me/Myself/Us/We/Ourselves am presenting this affidavit for truth in commerce and as a Contract for Waiver of Tort.

3. The public record being the highest form of evidence, I am creating a public record by Declaration of said Copyright by recording with the Denton county Recorder, the state of Texas.

4. The person and name known as EDDIE ALEXANDER BANKS, or BANKS, Eddie, Alexander and any/all derivatives thereof being a legal fiction(s) without form or substance, and without any resemblance to any natural born living being, is entirely an __intentional commercial Fraud__ created by the alleged de facto government officials and agents of the nul tiel COMMERCIAL CORPORATION(s) doing business as, but not limited to; the UNITED STATES, USA, US, GOVERNMENT OF WASHINGTON DC, FEDERAL RESERVE SYSTEM, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE (IRS), BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS (BATF), FEDERAL BUREAU OF INVESTIGATION (FBI), DEPARTMENT OF HOMELAND SECURITY, CENTRAL INTELLIGENCE AGENCY (CIA), NATIONAL SECURITY AGENCY (NSA), AMERICAN BANKING ASSOCIATION (ABA), AMERICAN BAR ASSOCIATION (ABA), STATE OF TEXAS, STATE OF FLORIDA, with subdivisions being CORPORATE MUNICIPAL COUNTIES, BOROUGHS, PARISHES, and CORPORATE MUNICIPAL CITY(IES). The FICTION is created for the purpose of disenfranchising the living man, :Eddie-A.:Banks of his life, liberty, property and the pursuit for happiness for the unjust enrichment of said CORPORATE and GOVERNMENTAL FICTIONS.

5. A copyright, copy-claim and trademark is hereby placed on the name and FICTION known as EDDIE A. BANKS© and any/all derivatives thereof.

Declaration of Copyright For EDDIE A. BANKS, or BANKS Eddie Alexander©



Page 1 of 3

6. Any indentures, debentures, bonds, securities, judgments, warrants or any other kind of commercial paper issued or predicated on the name of the legal FICTION known as EDDIE BANKS©, shall become a Security Agreement between the issuing party and the affiant and shall make the issuer liable for damages and penalties as follows:

   a. Any usage shall incur a debt of $1,000.00 US in Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal Reserve Notes to Silver Dollars per day per usage per signatory;
   b. Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of $1,000.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal Reserve Notes to Silver Dollars per day; and,
   c. Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist.

7. Anyone placing the copyrighted, copy-claimed and trademarked Eddie Alexander. BANKS© or any derivations thereof on any document which is in any way associated with me, the living soul, :Eddie-Alexander:Banks, shall, by such document acting prima facie as evidence of violation, become liable for penalties payable in legal and lawful tender of:

   a. Ten ($10.00) dollars US per day until Notice is delivered:
   b. One hundred ($100.00) dollars US per day for each day AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper in a double-wide column of not less than three (3") inches in length, if such notice is published within thirty (30) days of Notice;
   c. One thousand ($1,000.00) dollars US per day for each day after Notice if such retraction is not published within thirty (30) days of said Notice; and,
   d. Notice will be based upon the records of the commercial business that affects delivery.

8. EDDIE ALEXANDER BANKS©, BANKS, Eddie Alexander© is the perfected proprietary security for the living soul Eddie- Alexander:Banks, under original common law for one-hundred (100) years and is private property for the protection of my estate, life, liberty, and property.

9. Unauthorized possession or use of EDDIE A. BANKS©, Eddie Alexander© and any/all derivatives thereof may be a violation of State Code for Fraudulent Use or Possession of Identifying Information which is punishable by prison and fine.

10. Any use of EDDIE BANKS© and any/all derivative(s) thereof, with or without scienter, at the expense of any right, liberty, property, or any part of my estate, absent full disclosure and lacking written prior consent is strictly forbidden and chargeable to each of the users/issuers in the amount of the sum certain of one million ($1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible at the legal and lawful ratio of 24:1 to Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present, or future restriction for each instance of said unauthorized use.

11. Placement of EDDIE A. BANKS©, or BANKS, Eddie Alexander on any document associated in any manner with my estate or me, :Eddie-Alexander:Banks, without my written prior consent is all of the evidence required for enforcement of this agreement/contract and is evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract without controversy under the conditions and terms so stated and set forth herein.

/Me/Myself/Us/We/Ourselves, :Eddie Alexander Banks, am not an expert in the law, however, I do know right from

Declaration of Copyright For EDDIE A. BANKS, or BANKS Eddie Alexander©

wrong. If there is any living man that is being unjustly damaged by any statement(s) herein, if he or she will inform me by lawful affidavit of the verified facts I will sincerely make every effort to amend my ways and correct any damage. I hereby reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. Silence stands as consent to, and tacit approval of, the factual declarations here being established as fact as a matter of law and this affidavit by Declaration will stand for final judgment in this matter.

Notice to the agent is notice to the principal. Notice to all agents of the State of Maryland and to all agents of the State of Virginia and all subdivisions thereof is made by the filing of this document with the county Recorder of Denton County, Texas.

**Further affiant sayeth not!**

ALL RIGHTS RESERVED,
FOR COPY-CLAIM OF EDDIE A. BANKS©, *BANKS Eddie Alexander© and any/all derivatives thereof.*

**EDDIE A. BANKS, GRANTOR**
**DEBTOR SIGNATURE**

By: *Eddie Alexander Banks*

By, the Honourable Eddie-Alexander-Banks living soul, sui juris, Agent, Attorney-in-Fact for EDDIE A. BANKS©, Secured Party, Trustee, Right living seal thumbprint In red ink. Pursuant to: at Lee County Florida, and "The Law of Land Warfare" file #549875, book 3681, pages 3945-3949 and book 3681, pages 3956-3958, 3963-3964, and 3869-3970. Also applicable rule #74, 75, and 79 to knowingly communicate or correspond "without proper authority...""., ET AL.

**Price Georges county** ]
                         ] ss:
**Maryland state**       ]

Before the undersigned notary public personally appeared Eddie-Alexander:Banks, who is known to me or who produced sufficient identification as to his identity, and affirmed the above facts are from his personal knowledge and, I/We hold these truths/facts to be self—evident and that the facts/evidence that has/have been recorded, presented, mentioned above, and herein and throughout this __3__ page C.A.T. is/are true, correct, complete, certain and not misleading to the best of my/our knowledge, so help me/us Almighty God, Ex. 7:4,22:1—26, Lev. 25:23, Deut. 25:13—16, Isaiah 9:6, Matt. 5:33-37, Luke 2:49, Titus 1:10—16, but not limited to.... Caveat Emptus
on the 16 day of July, 2004.

x *Victoria Banks*
Notary (signature)

I am a Notary Public in Prince Georges county, The State of Texas Maryland and my commission expires:

date of expir: VICTORIA BANKS
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
STATE OF MARYLAND
COMM. EXP. 7-31-07

__VICTORIA BANKS__
Printed Notary Name



Declaration of Copyright For EDDIE A. BANKS, or BANKS Eddie Alexander©

Page 3 of 3



FILE FOR RECORD
Non-Domestic
4306-1 28th Place
Mt. Rainier, Maryland
Zip Code Exempt DMM 122.32
Eddie Banks

# ACKNOWLEDGEMENT

Grant of Exclusive Power-of-Attorney-in-Fact to conduct all tax, business and legal affairs of and for principal person.

# POWER OF ATTORNEY

1) EDDIE ALEXANDER BANKS©, DEBTOR, c/o 4306-1 28th Place, Mt Rainier, Maryland with ZIP CODE EXEMPT DMM 122.32, does hereby appoint :Eddie- Alexander: Banks, Creditor, c/o 4306-1 28th Place, Mt. Rainier, Maryland Zip Code Exempt DMM 122.32 as My Attorney-in-Fact, to take exclusive charge of, manage and conduct all of My tax, business and legal personal and private affairs, and for such purpose to act for Me in My name and place, without limitation on the powers necessary to carry out this exclusive purpose of Attorney-in-Fact as authorized:

(A) To take possession of, hold and manage My real estate and all other property;

(B) To receive money or property paid or delivered to Me from any sources;

(C) To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in My name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in My name; to have access to, and place items in or remove them from, any safety deposit box standing in My name individually, and otherwise to conduct bank transactions or business for Me in My name;

(D) To pay My just debts and expenses, including reasonable expenses incurred by My Attorney-in-Fact :Eddie- Alexander: Banks, in exercising this exclusive power of attorney;

(E) To retain any investments, invest, and to invest in stock, bonds or other securities, or in real estate or other property;

(F) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as My Attorney-in-Fact :Eddie- Alexander: Banks may consider prudent;

(H) To improve or develop real estate, to construct, alter or repair building structures and appurtenances or real estate; to settle boundary lines, easements and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I) To provide for the use, maintenance, repair security or storage of My tangible property;

(J) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as My Attorney-in-Fact :Eddie- Alexander: Banks may consider prudent;

(K) To have power of Attorney-in-Fact for release and transfer to My Attorney-in-Fact :Victoria- Deski :Banks for all of My incarcerated tangible property.

The Creditor, :Eddie- Alexander: Banks, named herein filed with the Secretary of State of Mayland as Creditor is authorized by law to act for and in control of the DEBTOR, BANKS, EDDIE ALEXANDER ©, or any derivative thereof, and in addition, through the exclusive power of attorney, to contract for all business and legal affairs of the principal person, BANKS ALEXANDER EDDIE©, DEBTOR.

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only My Attorney-in-Fact may obligate Me in these matters, and I forfeit the capacity to obligate Myself with regard to same. This grant of Exclusive power is irrevocable during the lifetime of the Creditor :Eddie- Alexander: Banks Executed and sealed by the voluntary act of My own hand, this 19th day of September, 2004.

This instrument was prepared by EA:B :Eddie- Alexander :Banks (SEAL)



POWER OF ATTORNEY IN FACT FOR EDDIE ALEXANDER BANKS©

Acceptance:

### EDDIE ALEXANDER BANKS©, GRANTOR
### Debtor



I, the above named exclusive attorney in fact, Do hereby accept the fiduciary and Secured interest of the herein-named Debtor-Grantor and will execute the herein-granted powers-of-attorney with due diligence.

By: *Eddie-Alexander:Banks* No Dolus

Authorized Representative autograph and Certification Mark (right thumbprint SEAL] Certification Mark by: Eddie –Alexander: Banks (signed in red ink above), only in capacity as beneficiary of the Original Jurisdiction, with Power of Attorney-in-Fact for EDDIE A. BANKS© only in capacity as beneficiary of the Original Jurisdiction, Pursuant to: at Lee County Florida, and "The Law of Land Warfare" file #549875, book 3681, pages 3945-3949 and book 3681, pages 3956-3958, 3963-3964, and 3869-3970. Also applicable rule #74, 75, and 79 to knowingly communicate or correspond "without proper authority . . .""",,ET AL.

**Temporary mailing Address**
Non-Domestic
4306-1 28th Place
Mt. Rainier, Maryland
Zip Code Exempt DMM 122.32
Eddie Banks

**Notice**
The use of a Notary Seal or any other Seal on this document does not constitute any adhesion, nor does it alter My status in any manner. The purpose of notary is for verification and identification only and not for entrance into any foreign jurisdiction.

Prince Georges county    ]
                         ]  ss:
Maryland state           ]

This instrument was acknowledged before me, a Notary Public in and for the State of Maryland, on this the 29th day of the month of October in the year of our Mighty One, YHWH, Two Thousand and four.

Name: Victoria Banks
Notary Public in and for the State of Maryland

Address. 4306 28th Place
         Mt. Rainier, MD


VICTORIA BANKS
..NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
STATE OF MARYLAND
COMM. EXP. 7-31-07



### POWER OF ATTORNEY IN FACT FOR EDDIE ALEXANDER BANKS©
2 OF 2

"COPY-CLAIM"

REGISTERED

RE 501 329 826 US

Eddie-Alexander:Banks
And Company Hereby Grant this
Private Issue

# NUMBER

108-73 003266

**ORIGINAL ISSUE DATE**

06/19/2010

UNLIMITED

DOLLARS

## NON-NEGOTIABLE UNLIMITED PRIVATE BOND FOR SET-OFF
### IN ACCORDANCE WITH H.J.R 192, 5 JUNE 1933, CHAPTER 48, 48STAT. 112

*Issued by:* Eddie: Alexander:Banks, *Beneficiary:* Henry M. Paulson, U.S. Trustee d/b/a

  c/o General Delivery Facility            Secretary of the Treasury

  Ft. Lauderdale, FL [33310]               Department of the Treasury

  non domestic without the United States   c/o 1500 Pennsylvania Avenue N.W.

**In the matter of:** Certificate of Live Birth No. 108-73 003266, Accepted for Value and Exempt from Levy For deposit to the Department of the Treasury For further credit to: EDDIE ALEXANDER BANKS, SS#219-949382. This Master Bond shall Extending to any all Commercial Presentment Accepted by and barring the Auto graph of Eddie Alexander: Banks i.e. _Eddie Alexander: Banks_ "Principle" and further endorsements.

The undersigned Eddie-Alexander: Banks ("Principal"), a living Christian man in *rerum natura*, herewith establishes this Master Bond to pay out by "ETF" only the maximum $100,000.00 for a period of 1-year.

Any and all presentments **accepts for value** barring this master bond Registration No RE 501 329 826 US, established for commercial consideration with _____ located at:_____ all following presentments shall be endorses front and back in accord with Public Law found at Chapter 48, 48 Stat. 112, Public Policy found at House Joint Resolution 192 of June 5, 1933, and the Uniform Commercial Code, the Principal being the sole authorized acceptor of the said bond, contributor of value thereto, and contributing beneficiary thereof.

### BOND ORDER

Please deposit this bond to an account bearing the Registered Mail No. 108-73 003266 Bond Registered Mail No .RR301064028 US for future identification purposes, to be used for setoff of any and all bills, taxes, liabilities and claims (i) against Eddie-Alexander: Banks as listed on Certificate of Live Birth, No. 108-73 003266 a/k/a EDDIE ALEXANDER BANKS, (ii) against the Principal's debtor: BANKS, EDDIE ALEXANDER a/k/a BANKS, Eddie A. a/k/a EDDIE A. BANKS a/k/a any and all similar alphanumeric derivatives (SSN 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 ) File No. UCC#200500754247 , UCC Date 8-31-2005, UCC WV" annexed hereto), or (iii) against any of the Principal's various debtors or beneficiaries, the said claims to be identified by the Principal's acceptance for value and endorsement noted thereon.

Please (i) adjust any and all such bills, taxes, claims and liabilities to a zero (-0-) ending balance or ending balance favorable to the Principal; (ii) charge, settle and close any such account, and (iii) return all interest to the Principal via EDDIE ALEXANDER BANKS (SSN 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 ) in care of the above location.

Respondent shall have three (3) days from the date of verified receipt of this Bond to perform or dishonor this Bond by returning it with all attachments to the Principal at the above-noted location by non domestic post.