(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 10-61147-CV-Moreno/Torres

EDDIE A. BANKS

_____

_____

Plaintiff(s)

v.

STATE OF FLORIDA
BUREAU OF MOTOR VEHICLES

_____

_____

Defendant(s)

FILED BY _____ AB3
2010 JUL -6 PM 2: 16
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

## PETITION FOR DECLATORY JUDGMENT
### (TITLE OF DOCUMENT)

I, Eddie-Alexander: Banks   ~~plaintiff~~ Claiment or ~~defendant~~, in the above styled cause,

Ammended Petition to add Respondent(s)

BUREAU OF MOTOR VEHICLES
al: 95 M St. SW
Washington DC 20024-0000

(Rev. 10/2002) General Document

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Certificate of Service**

I _Eddie-Alexander : Banks_ , certify that on this date _July 6, 2010_ a true copy

of the foregoing document was mailed to: _____
                                                  name(s) and address(es)

_____

By: _____          _Eddie Alexander Banks_
_____         _____
Printed or typed name of Filer               Signature of Filer

_____         _____
Florida Bar Number                           E-mail address

_____         _____
Phone Number                                 Facsimile Number

_____
Street Address

_____
City, State, Zip Code