# MONEY ORDER

## IN THE UNITED STATES DISTRICT COURT
## Southern District of Florida

EDDIE ALEXANDER BANKS
   Claimant

                                  Case Number: **10-61147-CV-Moreno/Torres**

   V.

STATE OF FLORIDA
   Respondent

Fees associated with filing this case
Filing fee for civil case ............................................................................. $350.00

                                                                    ===============
Please pay this AMOUNT                                                         $350.00

*Stamped across document:* ACCEPTED FOR VALUE EXEMPT FROM LEVY  Eddie Alexander Banks  Date: July 6, 2010  Exempt No. 219949382  Deposit to United States Treasury and charge the same to EDDIE BANKS  SSN [redacted] 9382

*Filed stamp:* FILED BY [initials]  2010 JUL -6 PM 2:08  STEVEN M. LARIMORE  CLERK U.S. DIST. CT.  S.D. OF FLA-FTL